UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MILTON H. OHLSEN, III, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.  4:10CV1907 HEA |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that a hearing on Plaintiff's Motion to Vacate, Set Aside, or Correct Sentence [Doc. #1] is reset to Thursday, March 8, 2012, at 11:00 a.m. in the courtroom of the undersigned..

Dated this 10th day of January, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE